IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL HELMICK,

      Appellant,

 v.

Case No.  5D20-895
LT Case No. 14-CF-001413

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 28, 2022

3.850 Appeal from the Circuit Court
for Marion County,
Gary L. Sanders, Judge.

Michael Helmick, Lake Butler, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

EDWARDS, HARRIS and WOZNIAK, JJ., concur.